**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUARDO ERNESTO ORTIZ-CASTILLO, | Case No. 2:23-cv-01485-RFB-VCF |
| Petitioner, | **ORDER** |
| v. | |
| THE UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

On December 13, 2023, this Court entered a service order, instructing Respondents to file and serve their response to Petitioner Eduardo Ernesto Ortiz-Castillo's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 within 21 days "unless additional time is allowed for good cause shown." (ECF No. 6.) Respondents have moved for an extension of time to file their response. (ECF No. 9.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for an extension of time (ECF No. 9) is granted. Respondents have up to and including February 2, 2024, to file their response.

**DATED:** January 3, 2024.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**