## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO ERNESTO ORTIZ-CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Respondents. | Case No. 2:23-cv-01485-RFB-MDC<br><br>**ORDER** |

On September 22, 2023, Petitioner Eduardo Ernesto Ortiz-Castillo filed a petition for federal habeas corpus relief under 28 U.S.C. § 2241, challenging his prolonged detention without a fair bond hearing pending the Ninth Circuit Court of Appeals' decision on his removal. (ECF Nos. 1-1, 7.) This Court conducted a preliminary review of the petition and directed that the petition be served on the Respondents. (ECF No. 6.) Following a request for an extension, the Respondents timely responded. (ECF No. 12.)

On December 21, 2023, the Board of Immigration Appeals affirmed an Immigration Judge's denial of Ortiz-Castillo's request for release on bond. (ECF No. 12-3 at 3–4.) Because this decision had yet to be decided at the time Ortiz-Castillo filed his instant 28 U.S.C. § 2241 petition, this Court finds that a reply from Ortiz-Castillo is necessary.

**IT IS THEREFORE ORDERED** that Petitioner Eduardo Ernesto Ortiz-Castillo file a reply to Respondents' response (ECF No. 12) within 14 days of the date of this order, unless additional time is allowed for good cause shown.

**Dated:** February 12, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT